UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LAW OFFICES OF LEE M. PERLMAN
Lee M. Perlman, Esquire
Attorneys for Debtor
1926 Greentree Road, Suite 100
Cherry Hill, NJ  08003
856-751-4224

In Re:
Sean R. Dautrechy
Alyssa A. Dautrechy

Case No.:  23-21801 JNP

Chapter:          13

Hearing Date:  April 3, 2024

Judge:  Poslusny

## CERTIFICATION OF SERVICE

1.  I, Reba Shatzoff:

    _____  represent the debtor in the above captioned matter.

    __X__  am the secretary / paralegal for ___Lee M. Perlman__, who represents the

    debtor(s) in the above captioned matter.

    _____  Am the _____  in the above captioned matter and am

    representing myself.

2.  On ___February 27, 2024___, I sent a copy of the following pleadings and/or

    documents to the parties listed in the chart below:  Modified Chapter 13 Plan          .

3.  I hereby certify under penalty of perjury that the above listed documents were sent

    using the mode of service indicated.


    Dated:    02/27/2024                                __/s/ Reba Shatzoff__

| Name and Address of Party Served | Relationship of Party in the Case | Mode of Service |
|---|---|---|
| Andrew B. Finberg<br>535 Route 38, Suite 580<br>Cherry Hill, NJ 08002 | Chapter 13 Trustee | Notice of Electronic Filing (NEF) |
| United States Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ  07102 | US Trustee | Notice of Electronic Filing (NEF) |
| Attn: President, Registered Agent or person designated to receive service of process<br><br>Sunnova<br>20 Greenway Plaza #540<br>Houston, TX 77046 | Creditor | ___ Hand delivered<br> X  Regular mail<br>___ Certified mail/RR<br>___ E-mail<br>___ Notice of Electronic Filing (NEF)<br>___ Other _____<br>(as authorized by the court*) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.