Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 23−21801−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Sean R. Dautrechy
aka Sean Ryan D'Autrechy
36 Bettlewood Rd
Marlton, NJ 08053

Alyssa A. Dautrechy
aka Alyssa Ashley D'Autrechy, aka Alyssa Dunnet
36 Bettlewood Rd
Marlton, NJ 08053

Social Security No.:
xxx−xx−3257

xxx−xx−6038

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on April 4, 2024.

Dated: April 4, 2024
JAN: cm

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 23-21801-JNP
Sean R. Dautrechy  Chapter 13
Alyssa A. Dautrechy
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1  User: admin  Page 1 of 3
Date Rcvd: Apr 04, 2024  Form ID: plncf13  Total Noticed: 34

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++  Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 06, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Sean R. Dautrechy, Alyssa A. Dautrechy, 36 Bettlewood Rd, Marlton, NJ 08053-2926 |
| 520118767 | + | Physician Billing - PB CHOP, PO Box 788017, Philadelphia, PA 19178-8017 |
| 520118770 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Po Box 283, Trenton, NJ 08602-0283 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 04 2024 20:54:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 04 2024 20:54:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520118756 | + | Email/Text: collections@abcofcu.org | Apr 04 2024 20:55:00 | ABCO FCU, Attn: Bankruptcy, PO Box 247, Rancocas, NJ 08073-0247 |
| 520118757 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 04 2024 20:52:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 520178107 | | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 04 2024 20:52:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 520118759 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 04 2024 20:56:24 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 520118760 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 04 2024 20:54:00 | Comenitycapital/Ulta, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 520175844 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Apr 04 2024 20:53:00 | Discover Bank, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| 520118762 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Apr 04 2024 20:53:00 | Discover Home Loans, Attn: Bankruptcy, 1 Corporate Drive , Suite 360, Lake Zurich, IL 60047-8945 |
| 520122597 | | Email/Text: mrdiscen@discover.com | Apr 04 2024 20:52:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 520118761 | + | Email/Text: mrdiscen@discover.com | Apr 04 2024 20:52:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 520118763 | + | Email/Text: cashiering-administrationservices@flagstar.com | Apr 04 2024 20:55:00 | Flagstar Bank, Attn: Bankruptcy 5151 Corporate Drive, Troy, MI 48098-2639 |
| 520118764 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 04 2024 20:53:00 | Internal Revenue Service, Centralized Insolvency Operations, Po Box 7346, Philadelphia, PA 19101-7346 |

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 04, 2024 | Form ID: plncf13 | Total Noticed: 34 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 520156809 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 04 2024 20:54:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520118758 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 04 2024 21:07:29 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 520138678 | + | Email/Text: RASEBN@raslg.com | Apr 04 2024 20:52:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 520118765 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Apr 04 2024 20:54:00 | KeyBank, Attn: Bankruptcy Key Tower 127 Public Sq, Cleveland, OH 44114-1226 |
| 520164157 | + | Email/Text: SERVICINGMAILHUB@flagstar.com | Apr 04 2024 20:53:00 | LAKEVIEW LOAN SERVICING, LLC, Flagstar Bank, NA, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 520171317 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 04 2024 20:56:41 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520156612 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 04 2024 20:54:00 | NORDSTROM, INC., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 520118766 | | Email/Text: bnc@nordstrom.com | Apr 04 2024 20:53:28 | Nordstrom Signature Visa, Attn: Bankruptcy, PO Box 6555, Englewood, CO 80155-6555 |
| 520174906 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 04 2024 20:52:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 520118768 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 04 2024 20:52:00 | PNC Financial, Attn: Bankruptcy, 300 Fifth Avenue, Pittsburgh, PA 15222 |
| 520169408 | | Email/Text: bnc-quantum@quantum3group.com | Apr 04 2024 20:54:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 520166095 | | Email/Text: claimsdepartment@sunnova.com | Apr 04 2024 20:52:00 | Sunnova, 20 Greenway Plaza #540, Houston, TX 77046 |
| 520118769 | + | Email/Text: bankruptcy@savit.com | Apr 04 2024 20:55:00 | SaVit Collection Agency, Attn: Bankruptcy, PO Box 250, East Brunswick, NJ 08816-0250 |
| 520118771 | | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 04 2024 20:56:49 | Syncb/Old Navy, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520118772 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 04 2024 21:07:07 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520118773 | | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 04 2024 20:56:24 | Synchrony Bank/TJX, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 520118774 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Apr 04 2024 20:56:36 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus MAC X2303-01A 3rd Floor, Des Moines, IA 50328-0001 |
| 520159493 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Apr 04 2024 20:56:51 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 31

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520128371 | | KeyBank N.A. 4910 Tiedeman Rd Brooklyn, OH 44144 |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 04, 2024 | Form ID: plncf13 | Total Noticed: 34 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2024          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 4, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com |
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com |
| Denise E. Carlon | on behalf of Creditor DISCOVER BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Laura M. Egerman | on behalf of Creditor Lakeview Loan Servicing LLC laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Lee Martin Perlman | on behalf of Joint Debtor Alyssa A. Dautrechy ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |
| Lee Martin Perlman | on behalf of Debtor Sean R. Dautrechy ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7