**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF NEW JERSEY**

# TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

**Case Number: 23-21801 (JNP)**

Monthly Payment: $1,122.00
Payments / Month: 1
Current Trustee Comp.: 10.00%

Sean R. Dautrechy and Alyssa A. Dautrechy
36 Bettlewood Road
Marlton, NJ 08053

**For the period of 01/01/2024 to 12/31/2024**
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/23/2024 | $1,071.00 | 02/23/2024 | $1,071.00 | 03/18/2024 | $1,071.00 | 04/23/2024 | $1,071.00 |
| 06/04/2024 | $1,071.00 | 07/03/2024 | $1,071.00 | 08/02/2024 | $1,071.00 | 09/05/2024 | $1,071.00 |
| 10/01/2024 | $1,071.00 | 10/30/2024 | $1,071.00 | 12/03/2024 | $1,071.00 | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | SEAN R. DAUTRECHY | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | LAW OFFICES OF LEE M. PERLMAN | 13 | $3,337.00 | $3,337.00 | $0.00 | $0.00 |
| 1 | ABCO FEDERAL CREDIT UNION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | BANK OF AMERICA, N.A. | 33 | $2,539.92 | $169.95 | $2,369.97 | $0.00 |
| 3 | JPMORGAN CHASE BANK, N.A. | 33 | $6,003.24 | $401.69 | $5,601.55 | $0.00 |
| 4 | LVNV FUNDING, LLC | 33 | $4,095.16 | $274.01 | $3,821.15 | $0.00 |
| 5 | QUANTUM3 GROUP, LLC | 33 | $7,379.52 | $493.78 | $6,885.74 | $0.00 |
| 6 | DISCOVER BANK | 33 | $10,258.58 | $686.41 | $9,572.17 | $0.00 |
| 7 | DISCOVER BANK | 24 | $485.45 | $485.45 | $0.00 | $0.00 |
| 8 | FLAGSTAR BANK | 24 | $3,289.82 | $3,289.82 | $0.00 | $0.00 |
| 9 | INTERNAL REVENUE SERVICE | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | KEYBANK, N.A. | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | NORDSTROM, INC. | 33 | $3,788.15 | $253.47 | $3,534.68 | $0.00 |
| 12 | PNC BANK, N.A. | 33 | $7,815.24 | $522.93 | $7,292.31 | $0.00 |
| 13 | PHYSICIAN BILLING - PB CHOP | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | SAVIT COLLECTION AGENCY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | STATE OF NEW JERSEY | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | SYNCB/OLD NAVY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $408.07 | $27.30 | $380.77 | $0.00 |
| 18 | LVNV FUNDING, LLC | 33 | $841.60 | $56.31 | $785.29 | $0.00 |
| 19 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | WELLS FARGO BANK, N.A. | 33 | $8,523.42 | $570.31 | $7,953.11 | $0.00 |
| 21 | ALYSSA A. DAUTRECHY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | ANDREW B FINBERG | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | LEE MARTIN PERLMAN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | JPMORGAN CHASE BANK, N.A. | 33 | $643.18 | $43.03 | $600.15 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 01/01/2024 | 3.00 | $0.00 |
| 04/01/2024 | Paid to Date | $3,213.00 |
| 05/01/2024 | 56.00 | $1,122.00 |
| 01/01/2029 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $11,781.00 |
| Total paid to creditors this period: | $0.00 |
| Undistributed Funds on Hand: | $0.01 |
| Arrearages: | $408.00 |
| Attorney: | LAW OFFICES OF LEE M. PERLMAN |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**