| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>LAW OFFICES OF LEE M. PERLMAN<br>Lee M. Perlman, Esquire<br>Attorneys for Debtor<br>1926 Greentree Road, Suite 100<br>Cherry Hill, NJ  08003<br>856-751-4224 | Case No.:    23-21801 JNP<br>Chapter:    13<br>Hearing Date: 4/08/2025<br>Judge:    Poslusny |
| In Re:<br>    Alyssa D'Autrechy<br>    Sean D'Autrechy | |

# CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor(s) in this case opposes the following (choose one):

1. [X] Motion for Relief from the Automatic Stay filed by _____Discover Bank_____, creditor,
   A hearing has been scheduled for _____April 8, 2025_____, at 11:00 AM.

   [ ] Motion to Dismiss filed by the Chapter 13 Trustee.
   A hearing has been scheduled for _____, at _____.

   [ ] Certification of Default filed by _____.
   I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons (choose one):

   [ ] Payments have been made in the amount of $_____, but have not been accounted for.  Documentation in support is attached.

   [X] Payments have not been made for the following reasons and debtor proposes repayment as follows (explain your answer): Sean D'Autrechy was unemployed for several months.  He started a new job on 3/31/25. We made a payment of $462.33 on 3/17/25.  We would like to capitalize the delinquent post-petition mortgage payments in our plan.

   [ ] Other (explain your answer):

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.


Date:  4/01/2025                           /s/ Sean D'Autrechy
                                           Debtor's Signature


Date:  4/01/2025                           /s/ Alyssa D'Autrechy
                                           Debtor's Signature