UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

24-33370 BKMFR01
BROCK & SCOTT, PLLC
302 Fellowship Rd, Suite 130
Mount Laurel, NJ 08054
(844) 856-6646
Attorneys for Discover Bank



**Order Filed on May 14, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

SEAN R DAUTRECHY AKA SEAN RYAN
D'AUTRECHY AND ALYSSA A DAUTRECHY AKA
ALYSSA ASHLEY D'AUTRECHY AKA ALYSSA
DUNNET

Case No:  23-21801-JNP

Hearing Date: May 6, 2025

Judge:  JERROLD N.
POSLUSNY, JR

Chapter:  13

| Recommended Local Form | ☐ Followed | ☒ Modified |
|---|---|---|

## ORDER RESOLVING MOTION TO VACATE STAY
## AND/OR MOTION TO DISMISS
## WITH CONDITIONS

The relief set forth on the following pages, numbered two (2) through d (4) is **ORDERED**.

**DATED: May 14, 2025**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

| | |
|---|---|
| Applicant: | Discover Bank |
| Applicant's Counsel: | Kimberly A. Wilson, Esquire |
| Debtors' Counsel: | Lee Martin Perlman, Esquire |
| Property Involved ("Collateral"): | 36 Bettlewood Rd, Evesham, NJ 08053 |

Relief sought:  ☒  Motion for relief from the automatic stay

☐  Motion to dismiss

☐  Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtors' future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1.  Status of post-petition arrearages:

☒  The Debtors are overdue for <u>4</u> months, from <u>January 7, 2025</u> to <u>April 7, 2025</u>.

☒  The Debtors are overdue for <u>4</u> payments at <u>$462.33</u> per month.

☐  The Debtors are assessed for _____ late charges at $_____ per month.

☐  Applicant acknowledges receipt of funds in the amount of $ _____ received after the motion was filed.

**Total Arrearages Due: <u>$1,849.32</u>**

2.  Debtors must cure all post-petition arrearages, as follows:

☐  Immediate payment shall be made in the amount of <u>$_____</u>.  Payment shall be made no later than _____.

☒  Beginning on <u>May 7, 2025</u>, regular monthly mortgage payments in the amount of <u>$462.33</u> shall resume.

☐  Beginning on _____, additional monthly cure payments shall be made in the amount of <u>$_____</u> for _____ months.

☒  The amount of <u>$1,849.32</u> shall be capitalized in the Debtors' Chapter 13 plan.  Debtors shall file a Modified Plan within 15 days of entry of this Order.

3.      Payments to the Applicant shall be made to the following address:

☐    Immediate payment:

_____

_____

_____

☒    Regular monthly payment:        Attn: Bankruptcy Dept | 1 Corporate Drive, Ste
                                      360
                                      Lake Zurich, IL 60047
                                      _____

                                      _____

☐    Monthly cure payment:           _____

                                      _____

                                      _____

                                      _____

4.      In the event of Default:

☒    If the Debtors fail to make any regular monthly payment within thirty (30) days of the date
it becomes due, or fails to amend the Chapter 13 Plan within fifteen (15) days from the entry of
this Order by the Court, then the Applicant may obtain an Order vacating, terminating, and/or
annulling the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a
Certification specifying the Debtor's failure to comply with this Order. At the time the
Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13
Trustee, the Debtor, and the Debtor's attorney

☒    If the bankruptcy case is dismissed or converted, this Agreement is void and the instant
bankruptcy case will not act to impose the automatic stay against the Applicant's opportunity to
proceed against its Collateral without further Order of the Court.

5.      Award of Attorneys' Fees:

☒   The Applicant is awarded attorney fees of <u>$500.00</u>, and costs of <u>$199.00</u>.

The fees and costs are payable:

☒   through the Chapter 13 plan.

☐   to the Applicant within  _____  days.

☐   Attorneys' fees are not awarded.

*rev.1/12/22*