UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

24-33370 BKMFR01
BROCK & SCOTT, PLLC
302 Fellowship Rd, Suite 130
Mount Laurel, NJ 08054
(844) 856-6646
Attorneys for Discover Bank

Order Filed on May 14, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

SEAN R DAUTRECHY AKA SEAN RYAN D'AUTRECHY AND ALYSSA A DAUTRECHY AKA ALYSSA ASHLEY D'AUTRECHY AKA ALYSSA DUNNET

Case No: 23-21801-JNP

Hearing Date: May 6, 2025

Judge: JERROLD N. POSLUSNY, JR

Chapter: 13

Recommended Local Form    ☐ Followed    ☒ Modified

**ORDER RESOLVING MOTION TO VACATE STAY
AND/OR MOTION TO DISMISS
WITH CONDITIONS**

The relief set forth on the following pages, numbered two (2) through d (4) is **ORDERED**.

**DATED: May 14, 2025**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

| | |
|---|---|
| Applicant: | Discover Bank |
| Applicant's Counsel: | Kimberly A. Wilson, Esquire |
| Debtors' Counsel: | Lee Martin Perlman, Esquire |
| Property Involved ("Collateral"): | 36 Bettlewood Rd, Evesham, NJ 08053 |

Relief sought:

☒ Motion for relief from the automatic stay

☐ Motion to dismiss

☐ Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtors' future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of post-petition arrearages:

   ☒ The Debtors are overdue for 4 months, from January 7, 2025 to April 7, 2025.

   ☒ The Debtors are overdue for 4 payments at $462.33 per month.

   ☐ The Debtors are assessed for _____ late charges at $_____ per month.

   ☐ Applicant acknowledges receipt of funds in the amount of $ _____ received after the motion was filed.

   **Total Arrearages Due: $1,849.32**

2. Debtors must cure all post-petition arrearages, as follows:

   ☐ Immediate payment shall be made in the amount of $_____. Payment shall be made no later than _____.

   ☒ Beginning on May 7, 2025, regular monthly mortgage payments in the amount of $462.33 shall resume.

   ☐ Beginning on _____, additional monthly cure payments shall be made in the amount of $_____ for _____ months.

   ☒ The amount of $1,849.32 shall be capitalized in the Debtors' Chapter 13 plan. Debtors shall file a Modified Plan within 15 days of entry of this Order.

2

3. Payments to the Applicant shall be made to the following address:

☐ Immediate payment: _____

☒ Regular monthly payment:   Attn: Bankruptcy Dept | 1 Corporate Drive, Ste 360
Lake Zurich, IL 60047

☐ Monthly cure payment: _____

4. In the event of Default:

☒ If the Debtors fail to make any regular monthly payment within thirty (30) days of the date it becomes due, or fails to amend the Chapter 13 Plan within fifteen (15) days from the entry of this Order by the Court, then the Applicant may obtain an Order vacating, terminating, and/or annulling the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's attorney

☒ If the bankruptcy case is dismissed or converted, this Agreement is void and the instant bankruptcy case will not act to impose the automatic stay against the Applicant's opportunity to proceed against its Collateral without further Order of the Court.

5. Award of Attorneys' Fees:

☒ The Applicant is awarded attorney fees of $500.00, and costs of $199.00.

　The fees and costs are payable:

　☒ through the Chapter 13 plan.

　☐ to the Applicant within _____ days.

☐ Attorneys' fees are not awarded.

*rev.1/12/22*

United States Bankruptcy Court

District of New Jersey

In re:  
Sean R. Dautrechy  
Alyssa A. Dautrechy  
    Debtors

Case No. 23-21801-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2  
Date Rcvd: May 15, 2025     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 17, 2025:**

**Recip ID**     **Recipient Name and Address**  
db/jdb     +   Sean R. Dautrechy, Alyssa A. Dautrechy, 36 Bettlewood Rd, Marlton, NJ 08053-2926

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2025      Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew L. Spivack | on behalf of Creditor DISCOVER BANK andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| Denise E. Carlon | on behalf of Creditor DISCOVER BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Kimberly A. Wilson | on behalf of Creditor DISCOVER BANK kimberly.wilson@brockandscott.com wbecf@brockandscott.com |
| Laura M. Egerman | on behalf of Creditor Lakeview Loan Servicing LLC laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com |

District/off: 0312-1 | User: admin | Page 2 of 2
Date Rcvd: May 15, 2025 | Form ID: pdf903 | Total Noticed: 1

Lee Martin Perlman
    on behalf of Debtor Sean R. Dautrechy ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com

Lee Martin Perlman
    on behalf of Joint Debtor Alyssa A. Dautrechy ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9